IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FAIR HOUSING RESOURCE CENTER INC., ) | CASE NO. 1:08CV2873 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| P.B. PROPERTIES AND SERVICES, LLC, ) | |
| BERNARD GOLD, ) | |
| ) | |
| Defendant. ) | ORDER |

The above-captioned case was filed on December 8, 2008. Defendants, P.B. Properties and Bernard Gold were served by certified mail on December 9, 2008 with a copy of the Complaint. Service was returned executed on December 11, 2008. The Defendants have not filed answers to the complaint.

The Defendants are granted leave until February 3, 2009 to file their individual answers to the Complaint or default judgment may be entered against Defendants.

If Defendants fail to file their answer by February 3, 2009, the Plaintiff is requested to submit an appropriate motion, affidavit, request for entry of default, and proposed order for default judgment by February 4, 2009 or show cause why said Defendants should not be dismissed for want of prosecution.

IT IS SO ORDERED.

 S/Christopher A. Boyko  
CHRISTOPHER A. BOYKO  
U.S. DISTRICT COURT JUDGE

January 29, 2009